June 25, 2015

UU,553-10
RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 01 2015

Abel Acosta, Clerk

Franklin Jones
#1224452/ Wayne Scott Unit
6999 Retrieve Rd.
Angleton, Texas 77515

RE: Relator's Application For Writ Of Mandamus

Dear Clerk,
    Pleas find A original copy of the Above
documents to be filed with the Justices
of the Court. Please bring this request
to Their Attention.
    Your Assistance on this matter will be
gratefully Appreciated.

This document contains some
pages that are of poor quality
at the time of imaging.

Respectfully Submitted,
Franklin Jones
FRANKlin Jones
# 1224452

IN THE COURT OF CRIMINAL APPEALS
OF TEXAS

FRANKLIN CARL JONES       §
    Relator             §
                       §
VS.                     §     IN RE. 977894
                       §
BELINDA J. HILL          §
IN HER OFFICIAL CAPACITY    §
    Respondent         §

**RECEIVED IN
COURT OF CRIMINAL APPEAL**

**JUL 01 2015**

**Abel Acosta, Clerk**

RELATOR'S APPLICATION FOR WRIT OF MANDAMUS

TO THE HONORABLE JUDGE OF SAID COURT

    COMES NOW, Franklin Carl Jones, Relator, Pro se, in the above styled and numbered cause of action and files his Relator's Application of Writ of Mandamus, pursuant to Rule 52.08 Section (c) of TRAP, and will show the Court the following:

I.
RELATOR

    1.01 Franklin Carl Jones, TDCJ #1224452 is an offender incarcerated in the Texas Department of Criminal Justice and is appearing Pro se, who can be located at the William G. McConnell Unit, Bee County, Texas 78102.

    1.02 Relator has exhausted his remedies and has no other adequately remedy at law. If the court determines that Relator is intitled to relief it must make an appropriate order. The Court may grant relief without hearing oral argument.

    1.03 The act sought to be compelled is ministerial, not discretionary in nature. TRAP Rule 52.8(c) requires Respondent to immediately transmit to the Court of 185th a complete copy of his Writ of Habeas Corpus under newly discover evidence to hold a competency hearing where the State and Court appointed counsel failed to order a competency hearing for the Relator (Franklin Carl Jones).

1.

## II.
## RESPONDENT

2.01 Respondent Belinda J. Hill, in her capacity as First Assistant District Attorney of Harris County, Texas has a ministerial Duty to turnover The Relator's 11.07 Writ of Habeas Corpus, Memorandum of Law and all his Exhibits A,B,C to the Court of the 185th District Court according to the State Bar Artiles of V.T.C.A. Gov't. Code Title 2, Subtitle 6, Appendix Article 10, Section 9, Code Professional Responsibility, Disciplinary Rule 9-102(3)(4) as applied in Resolution Trust Corp. V.P.C., 128 F.R.D. 647, "under Texas Law entire Writ of 11.07 Habeas Corpus and all attachment must be forward to the 185th District Court".

## III.
## VIOLATION OF STATE BAR ARTICLES OF V.T.C.A. GOV'T CODE TITLE 2 SUBTITLE 6, APPENDIX ARTICLE 10 SEC. 9 CODE PROFESSIONAL RESPONSIBILITY DISCIPLINARY RULE 9-102(3)(4)

3.01 On March 9, 2015, the Relator accidently filed an 11.07 Writ of Habeas Corpus, Memorandum of Law and Exhibits A,B,C to First Assistant District Attorney Belinda J. Hill, alleging that he was denied a Competency Hearing under newly discovered evidence. Said writ and documents was filed on March 9, 2015, and was recieved by the District Attorney on the 11th or 12th of March 2015. The Relator has requested the Respondent to transmit his 11.07 Writ of Habeas Corpus, Memorandum of Law and all Exhibits to the Trial Court of 185th District Court to no avail.

3.02 In his haste to mail out his 11.07 Writ of Habeas Corpus. He addressed it to the First Assistant District Attorney, Belinda J. Hill, instead of the Clerk of Courtroom 185th.

3.03 Relator knows that it is not their job to correct his error, but he has repectfully asked them to forward his 11.07 Writ of Habeas Corpus to the proper court, which is the 185th District Court, so that the Appeal

2.

process may be speeded up instead of delayed.

3.04 On April 30, 2015, approximately 38 days later. Ms. Hill has failed to respond to my first letter nor has she responded to my certified letter, which was mailed out on March 26, 2015.

3.05 As of this date, April 30, 2015, over 30 something dyas later, Assistant District Attorney Belinda J. Hill, has yet to comply with Art. 11.07 Sec. 3(c).

3.06 To date, Retalor has recieved no response from Respondent regarding Relator's request for transmittal of a copy of the 11.07 Writ of Habeas Corpus, Memorandum of Law and Exhibits A,B,C to the Clerk of Courtroom 185th, any answer filed and documents reciting the date upon which that finding was made.

3.07 As it is clear from Relator's letters, Relator has repeatedly put Respondent on notice that Relator seeks the transmittal of copy of the 11.07 Writ of Habeas Corpus, Memorandum of Law and Exhibits A,B,C any answeres filed and documents reciting the date upon which that finding was made and that such records are required by the "Laws and Rules" to act on Relator's Writ of Mandamus. Relator has gone well byond any requirement or obligations imposed upon him by the State Bar of Texas. In contrast to Relator's efforts, Respondent has wholly failed to comply with the Art. 10, Sec. 9 Code Professional Responsibility, Disciplinary Rule 9-102(3)(4). The Respondent, is acting in bad faith, and has also failed to afford Relator the Professional and common courtesy of any written responses to his correspondence and request.

3.08 The Assistant District Attorney, Balinda J. Hill shall immediately transmit to the Clerk of Courtroom 185th a complete copy of the 11.07 Writ Habeas Corpus, Memorandum of Law and all Exhibits A,B,C, any answers filed

3.

and documents reciting the date upon wich that finding was made. Failure of the First Assistant District Attorney (Belinde J. Hill) to act within the allowed 20 days shall constitute such a finding. Respondent is in violation of this procedure, ministerial duties, and thus the laws of this State.

Relator respectfully requesting that she promptly forward the above material to the Clerk of Courtroom 185th. Failure to promptly honor Relator's request will compel him to pursue a "Civil Suit" as well as bring this matter to the attention of the State Bar of Texas Committees.

I thank you for your assistance.

IV.
PRAYER FOR RELIEF

WHEREFORE PREMISES CONSIDERED, Franklin Carl Jones, Relator, Pro se respectfully request this Honorable Court to enter an order compelling the First Assistant District Attorney, Belinda J. Hill to immediately transmit to the District Court 185th a copy of Applicant's Habeas Corpus, Memorandam of Law and Exhibit A,B,C, any answers filed and a certified citing of the date such was made. The Respondent did not transmit documents nor the 11.07 Writ of Habeas Corpus, Memorandum of Law and Exhibits A,B,C, within a reasonable time after the day they were requested and that Relator bring this litigation in good faith and substantially prevailed. Relator prays for an order directing Respondent to transmit a complete copy of the above documents to the Clerk of Courtroom 185th, any answer filed, and documents reciting the date upon which that finding was made to the Court Clerk of 185th as directed in Article 10, Sec. 9, Code Professional Responsibility, Disciplinary Rule 9-102(3)(4) as apllied in Resolution Trust Corp. V.P.C., 128 F.R.D. 647, an as requested in Relator's letters (Exhibits A through C).

4.

Respectfully submitted,

*Franklin Carl Jones*

Franklin Carl Jones
#1224452
McConnell Unit
3001 S. Emily Dr.
Beeville, Tx 78102

THE STATE OF TEXAS
COUNTY OF BEE

AFFIDAVIT

I swear under oath that the facts and allegation in the above
APPLICATION FOR WRIT OF MANDAMUS are true and correct.

INMATE'S DECLARATION

I, Franklin Carl Jones, am the Applicant and being presently incarcerated
at the William G. McConnell Unit in Beeville, Texas, declare under penalty
of perjury that according to my belief, the facts stated in the above
application are true and correct.

SIGNED ON this the 26th day of _____ June _____, 2015.

*Franklin Carl Jones*

Applicant

CERTIFICATE OF SERVICE

I hereby certify that a ture copy of the above APPLICATION FOR WRIT
OF MANDAMUS was served on:

First Assistant District Attorney
Belinda J. Hill
1201 Franklin St., Room 600
Houston, Texas 77002-1930

by placing a true and correct copy in the U.S. Mail on the 26th day of
_____ June _____, 2015.

*Franklin Jones*

Relator

5.

Exhibit - A

## JUDICIAL NOTICE

RE: Writ of Habeas Corpus, Memorandum of Law, Exhibits A,B,C

Dear Ms. Belinda Hill,

With all doe respect, in my haste to mail out my 11.07 writ of habeas corpus, I mistakingly sent it oto the District Attorney's Office insteaddof to the Clerk of Courtroom 185th. I know that it is not your job to correct my error, but I am respectfully asking you to forward my 11.07 writ of habeas corpus to the proper court, which is the 185th District Court so that the Appeal process may be sped up instead of delayed. It was the 11th or or 12th of March 2015 in which you should have received it. I have already contacted the District Clerk explaining the matter.

Thank you for your assistance in this important matter and thank you for taking out the time to correct this error.

Respectfullly Submitted,
Franklin Jones
T.D.C.#1224452
3001 Sth Emily Dr.
Beeville,Tx.78102
MCCONNELL UNIT

C.C./File

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

O F F I C I A L   U S E

| | |
|---|---|
| Postage | $ .49 |
| Certified Fee | $ 6.37 |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.86 |

Postmark Here

MAR 26 2012
BEEVILLE TX 78102
USPS

7009 3229 5000 0940 2102

Sent To *Asst. Dist. Atty. Belinda J. Hill*
Street, Apt. No.; or PO Box No. *1201 Franklin St. Rm 600*
City, State, ZIP+4 *Houston, Tex. 77002-1930*

PS Form 3800, August 2006     See Reverse for Instructions

**Certified Mail Provides:**

*Jones Franklin*
*# 12 24452*

- A mailing receipt
- A unique identifier for your mailpiece
- A record of delivery kept by the Postal Service for two years

*McConnell*

*Important Reminders:*

- Certified Mail may ONLY be combined with First-Class Mail® or Priority Mail®
- Certified Mail is *not* available for any class of international mail.
- NO INSURANCE COVERAGE IS PROVIDED with Certified Mail. For valuables, please consider Insured or Registered Mail.
- For an additional fee, a *Return Receipt* may be requested to provide proof of delivery. To obtain Return Receipt service, please complete and attach a Return Receipt (PS Form 3811) to the article and add applicable postage to cover the fee. Endorse mailpiece "Return Receipt Requested". To receive a fee waiver for a duplicate return receipt, a USPS® postmark on your Certified Mail receipt is required.
- For an additional fee, delivery may be restricted to the addressee or addressee's authorized agent. Advise the clerk or mark the mailpiece with the endorsement *"Restricted Delivery"*.
- If a postmark on the Certified Mail receipt is desired, please present the article at the post office for postmarking. If a postmark on the Certified Mail receipt is not needed, detach and affix label with postage and mail.

**IMPORTANT: Save this receipt and present it when making an inquiry.**

PS Form 3800, August 2006 *(Reverse)* PSN 7530-02-000-9047

# Exhibit - B



# CHRIS DANIEL
## HARRIS COUNTY DISTRICT CLERK

Direct Dial Line:

3/27/2015

Mr. Franklin Carl Jones
#1224452/McConnell Unit
3001 S. Emily Dr.
Beeville, Texas 78102

Memorandum response to correspondence received: <u>03/26/15</u>

Re: Cause No(s) <u>0977894.</u>

Dear <u>Mr. Jones,</u>

☒ Your motion/request <u>Writ of Habeas Corpus</u> was filed with the District Clerk and on <u>03/26/15</u> the Court:

    ☒ Took no action     ☐ Denied your Motion/Request     ☐ Granted your motion/request

    ☐ Took action     ☐ Advised attorney of record     ☒ Other

☐ Our records reflect your jail time credit to be: _____. Sentence to begin date: _____.

☐ Contact TDC records for further information.

☐ Requests for certified copies:

    ☐ Please include full name, date of birth, and/or cause number.

    ☐ Copies must be ordered by document name for correspondence to determine how many pages, to be able to quote a price. The fee for certified or uncertified copies is $1.00 per page. All requests must include a self-addressed, stamped envelope. If the cause number is not known, there will be a record search fee of $5.00.

☒ Other: <u>This clerk contacted the Assistant District Attorney's Office for Court 185 and was advised that a Writ from Franklin Jones has not come across her desk. Furthermore, she advises if one should be mailed by mistake to the ADA for the 185th it would be forwarded to the Harris County District Clerks's Post Conviction Writs Department.</u>

CHRIS DANIEL, District Clerk

By: T. Czepinski
    Clerk in the <u>185</u> District Court

Exhibit-L



# CHRIS DANIEL

## HARRIS COUNTY DISTRICT CLERK

Direct Dial Line:

4/22/2015

Mr. Franklin Carl Jones
#1224452/McConnell Unit
3001 S. Emily Drive
Beeville, Texas 78102

Memorandum response to correspondence received: <u>04/21/2015</u>

Re: Cause No(s) <u>0977894</u>.

Dear <u>Mr. Jones,</u>

☒ Your motion/request <u>TO COMPEL</u> was filed with the District Clerk and on <u>04/21/2015</u> the Court:

☐ Took no action    ☒ Denied your Motion/Request    ☐ Granted your motion/request

☐ Took action    ☐ Advised attorney of record    ☒ Other

☐ Our records reflect your jail time credit to be: _____.    Sentence to begin date: _____.

☐ Contact TDC records for further information.

☐ Requests for certified copies:

   ☐ Please include full name, date of birth, and/or cause number.

   ☐ Copies must be ordered by document name for correspondence to determine how many pages, to be able to quote a price. The fee for certified or uncertified copies is $1.00 per page. All requests must include a self-addressed, stamped envelope. If the cause number is not known, there will be a record search fee of $5.00.

☒ Other: <u>Please see the enclosed Certified Copy of the Court's Ruling.</u>

CHRIS DANIEL, District Clerk

By:   T. Czepinski
    Clerk in the <u>185</u> District Court

EX PARTE: FRANKLIN CARL JONES § IN THE 185th DISTRICT COURT

§ OF HARRIS COUNTY, TEXAS

FILED
Chris Daniel
District Clerk
APR 2 1 2015
Time:_____
Harris County, Te... §
By_____
Deputy

§ CAUSE NO. 977894

## Applicant's Motion to Compell

To The Honorable Judge Susan Brown

Franklin Carl Jones, Applicant pro se, moves to this court for an order compelling Assistant District Attorney, Belinda J. Hill, to comply with Art.11.07 Sect.3(3) of the Texas Code Criminal Procedure by immediately transmiting to the court of 185th District Court a copy of Applicant's Habeas Corpus, any answer filed and a certificate reciting the date upon which such finding was made. In support thereof Applicant would show the court the following:

1). Applicant filed an application for Writ of Habeas Corpus alleging that he was denied a **Competency Hearing** under newly discovered evidence. Said writ was filed on March 9, 2015, and was received the District Attorney on the 11th or 12th of March 2015.

2). In my haste to mail out my 11.07 writ of Habeas Corpus, I addressed it to the District Attorney instead of teh Clerk of Courtroom 185th.

3). I know that it is not their job to correct my error, but I had respectfully asked them to forward my 11.07 writ of Habeas Corpus to the proper court, which was the 185th District Court so that the Appeal process may be speeded up instead of delayed.

4). On April 15, 2015, approximately (1) month later, Ms. Hill has failed to respond to my first letter nor has she responded to my certified letter, which was mailed out on March 26, 2015.

5). As of this date, April 15, 2015, 30 days later, Assistant District Attorney, Belinda J. Hill, has yet to comply with Art. 11.07 Sec. 3(c).

Wherefore, the Applicant request this Honorable Court to enter an order compelling the Assistant District Attorney, Belinda J. Hill, to immediately transmit to the District Court 185th a copy of Applicant's Habeas Corpus, any answer filed and a certified citing of the date such was made.



STATE OF TEXAS
COUNTY OF HARRIS

I, Chris Daniel, District Clerk of Harris County, Texas, certify that
this is a true and correct copy of the original record filed and or recorded
in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this APR 2 2 2015

CHRIS DANIEL, DISTRICT CLERK
HARRIS COUNTY, TEXAS

_____ Deputy